IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00301-CR

 

Mark Anthony Clark,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 82nd District Court

Falls County, Texas

Trial Court No. 6036

 



MEMORANDUM  Opinion










 

          Mark Anthony Clark filed a notice of appeal
from the trial court’s denial of his Petition for Writ of Error Coram Nobis.  

          The common law writ of coram nobis has
no application in this State, and we have no jurisdiction of the appeal of a
denial of a writ of coram nobis.[1]  See
Ex parte Massey, 157 Tex. Crim. 491, 249 S.W.2d 599, 601 (Tex. Crim.
App. 1952); In re Reyes, No. 10-05-00234-CR, 2005 Tex. App. LEXIS 5568
(Tex. App.—Waco July 13, 2005, orig. proceeding).

          Accordingly, this appeal is dismissed.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed August 31, 2005

Do
not publish

[CRPM]









[1] We
will not characterize the document filed in the trial court as a writ of habeas
corpus because it is clear that Clark knows what a writ of habeas corpus is and
has used that post-conviction writ previously.